**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No.: 2:21CR-00109 JAM |
| **FERNANDO CARDENAS** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Fernando Cardenas

Detained at          Men's Central Jail, Los Angeles County, CA

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment ☐ Information ☐ Complaint
charging detainee with:   21 USC 846, 841(a)(1); 21 USC 843(b) – 2 counts

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature:                    */s/Angela L. Scott*
Printed Name & Phone No:      Angela L. Scott 559-917-0581
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:      09/20/2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female |
| Booking or CDC #:   Booking # 5980904 | | DOB: |
| Facility Address:   441 Bauchet St., Los Angeles, CA 90012 | | Race: |
| Facility Phone: | | FBI#: |
| Currently | | |

## RETURN OF SERVICE

Executed on:

(signature)