TASHA PARIS CHALFANT, SBN 207055
LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-mail:         tashachalfant@gmail.com

Attorney for Defendant
FERNANDO AGUILAR CARDENAS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO AGUILAR CARDENAS,<br><br>Defendant. | Case No.: 2:21-CR-0109 DAD-11<br><br>**WAIVER OF PERSONAL APPEARANCE** |

Defendant FERNANDO AGUILAR CARDENAS hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

/////

- 1 -

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED:   January 11, 2023          /s/Fernando Aguilar Cardenas
                                   FERNANDO AGUILAR CARDENAS
                                   Defendant

DATED:   December 29, 2022         /s/ Tasha Paris Chalfant
                                   TASHA PARIS CHALFANT
                                   Attorney for Defendant
                                   FERNANDO AGUILAR CARDENAS

(Original Signatures on File at Attorney's Office)

**ORDER**

IT IS SO ORDERED.

Dated:   **January 23, 2023**          _____
                                       UNITED STATES DISTRICT JUDGE