PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
ANGELA L. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>            v.<br><br>FERNANDO CARDENAS,<br><br>                          Defendant. | CASE NO. 21-CR-00109-DAD-11<br><br>STIPULATION TO SCHEDULE CHANGE-OF-PLEA HEARING<br><br>DATE: June 20, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant FERNANDO CARDENAS ("defendant"), by and through defendant's counsel of record, Tasha Chalfant, hereby stipulate as follows:

1. On November 30, 2021, defendant was arraigned on the indictment in the above-caption matter. At that hearing, defendant was ordered detained, and the Court set a status conference. Dkt. 102.

2. Pursuant to the parties' stipulations, the Court continued this status conference most recently to June 20, 2023, at 9:30 a.m., and excluded time pursuant to 18 U.S.C. § 3161. Dkt. 171.

3. The parties recently entered into a plea agreement, which the government will file upon its receipt of the signed copy from defense counsel.

//

//

4. By this stipulation, the parties respectfully request that the Court vacate the June 20, 2023 status conference as to defendant and reschedule it on the same date and time as a change-of-plea hearing so that defendant may enter his guilty plea pursuant to the parties' agreement.

IT IS SO STIPULATED

Dated: June 9, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated: June 9, 2023

/s/ TASHA CHALFANT per email authorization
TASHA CHALFANT
Counsel for Defendant
FERNANDO CARDENAS

## ORDER

Pursuant to the parties' stipulation and for good cause show, IT IS HEREBY ORDERED that the status conference currently set for June 20, 2023, is hereby vacated as to defendant FERNANDO CARDENAS only.  IT IS FURTHER ORDERED that a change-of-plea hearing for defendant FERNANDO CARDENAS is hereby set for June 20, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **June 9, 2023**

_____
UNITED STATES DISTRICT JUDGE