TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
FERNANDO CARDENAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:21-cr-0109 DAD |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE JUDGMENT |
| | ) AND SENTENCING, NEW DISCLOSURE |
| v. | ) DATES; FINDINGS AND ORDER |
| | ) |
| FERNANDO CARDENAS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney ANGELA L. SCOTT, and the Defendant, FERNANDO CARDENAS, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for judgment and sentencing on September 26, 2023.

2. By this stipulation, the defendant now moves to continue the judgment and sentencing until November 14, 2023 at 9:30 a.m.  We also agree to set new disclosure dates. Plaintiff does not oppose this request and neither does probation.

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

1

3. The parties agree and stipulate, and request that the Court find the following:

a. At the change of plea hearing, the government and defense counsel agreed upon the September 26, 2023 date for J&S. Since then, all parties have worked to determine various criminal history issues and obtain relevant records. To date, probation has yet to file the draft PSR. Defense counsel, the government and probation have all discussed the mutually agreeable date for sentencing as well as new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | 11/14/23 |
| Reply, or Statement of Non-Opposition: | 11/07/23 |
| Formal Objections to the Pre-sentence report: | 10/31/23 |
| Final Pre-sentence report: | 10/24/23 |
| Informal Objections to the Pre-sentence report: | 10/17/23 |
| Draft Pre-sentence report disclosed to counsel by: | 10/03/23 |

b. Counsel for the defendant desires additional time to prepare for judgement and sentencing.

c. The government does not object to the continuance and neither does probation.

All counsel has reviewed this proposed order and authorized Tasha Paris Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

/////

/////

/////

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

2

| | | | |
|---|---|---|---|
| Dated: September 6, 2023 | | by: | */s/Tasha Chalfant for*<br>ANGELA L. SCOTT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated: September 6, 2023 | | by: | */s/Tasha Chalfant*<br>TASHA CHALFANT<br>Attorney for Defendant<br>FERNANDO CARDENAS |

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

3

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the presently set September 26, 2023, judgment and sentencing shall be continued to November 14, 2023, at 9:30 a.m. The Court also orders the following disclosure deadlines:

| | |
|---|---|
| Judgment and Sentencing: | 11/14/23 |
| Reply, or Statement of Non-Opposition: | 11/07/23 |
| Formal Objections to the Pre-sentence report: | 10/31/23 |
| Final Pre-sentence report: | 10/24/23 |
| Informal Objections to the Pre-sentence report: | 10/17/23 |
| Draft Pre-sentence report disclosed to counsel by: | 10/03/23 |

IT IS SO ORDERED.

Dated:  **September 6, 2023**                    _/s/ Dale A. Drozd_
                                                                                UNITED STATES DISTRICT JUDGE